UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MILTON WILSON                                              CIVIL ACTION

versus                                                    NO. 12-722

ROBERT TANNER                                             SECTION: "N" (1)


## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on June 18, 2012 (Rec. Doc. No. 10), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Milton Wilson** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 22nd day of June, 2012.

UNITED STATES DISTRICT JUDGE